Monday, May 23, 2011

No. 11–0154/CG. U.S. v. Wilson Medina. CCA 1325. On further consideration of the granted issue, 69 M.J. 496 (C.A.A.F. 2011), it is ordered that the decision of the United States Coast Guard Court of Criminal Appeals is vacated. The record of trial is returned to the Judge Advocate General of the Coast Guard for remand to the Court of Criminal Appeals for reconsideration in light of *United States v. Hartman*, 69 M.J. 467 (C.A.A.F. 2011).

No. 11–0239/AR. U.S. v. Phillip L. Pierce. CCA 20080009. On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue raised by appellate defense counsel:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS INCOR-RECTLY FOUND THAT THE MILITARY JUDGE'S FAILURE TO IN-STRUCT ON NECESSARY ELEMENTS OF AN OFFENSE WAS HARMLESS BEYOND A REASONABLE DOUBT.

And the following issue specified by the Court:

> WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED AS A MATTER OF LAW WHEN IT HELD THAT THE MILITARY JUDGE'S INSTRUCTION ON 18 U.S.C. 2422(B), WHICH INSTRUCTION USED THE TERM "INTERNET" INSTEAD OF "ANY FACILITY OR MEANS OF INTERSTATE COMMERCE" WAS NOT HARMLESS BE-YOND A REASONABLE DOUBT.

Briefs will be filed under Rule 25.

No. 11–0362/AR. U.S. v. Thomas G. Gentry. CCA 20080985. Review granted on the following issue:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-SELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER*, AND *JONES*.

No briefs will be filed under Rule 25.

No. 11–0422/AR. U.S. v. Byron D. Tyson. CCA 20090072. Review granted on the following issues:

> WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-*